986

No. 91–1563. AIU INSURANCE CO. ET AL. *v.* SUPERINTENDENT, MAINE BUREAU OF INSURANCE. Sup. Jud. Ct. Me. Certiorari denied.

No. 91–1629. FEITT *v.* OFFICE OF THRIFT SUPERVISION, DEPARTMENT OF TREASURY. C. A. 3d Cir. Certiorari denied.

No. 91–1691. MOORE *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 91–1694. LATIAN, INC., ET AL. *v.* BANCO DO BRASIL, S. A., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1696. BOWMAN *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 91–1698. OLSON *v.* GENERAL DYNAMICS CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1701. COSTELLO ET AL. *v.* JANSON, ADMINISTRATRIX OF THE ESTATE OF MONTOUR, ET AL. App. Ct. Mass. Certiorari denied.

No. 91–1708. LESLIE *v.* MALVEAUX ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1711. GORDON *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 91–1712. CONSTRUCTIVIST FOUNDATION, FKA LEE FOUNDATION, INC. *v.* DEKALB COUNTY BOARD OF TAX ASSESSORS. Sup. Ct. Ga. Certiorari denied.

No. 91–1724. CEMCO, INC., ET AL. *v.* NEWMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1783. SCHMIDT *v.* SCHMIDT. Sup. Ct. Va. Certiorari denied.

No. 91–1807. WEBBER ET AL. *v.* GULF OIL CORP. ET AL. C. A. 9th Cir. Certiorari denied.